**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nicholas Malchow,

Plaintiff,

vs.

GMI Acquisition, Inc., d/b/a
Car/Truck City and
First National Repossessors, Inc.,

Defendants.

Court File No. 01-1662
Judge: RHK/RLE

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective undersigned counsel that Count III of Plaintiff's Complaint alleging Violation of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692f(6), and Count IV of Plaintiff's Complaint alleging Breach of Peace and Wrongful Repossession may be and hereby are dismissed without prejudice and without costs and disbursements to any party herein. Any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal without prejudice be entered accordingly.

Dated:

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, Jr., #249646
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-770-9707



MAR 2 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 2 1 2002
DEPUTY CLERK

THOMAS J. LYONS & ASSOCIATES, P.A.

Thomas J. Lyons, #65699
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-770-9707

Dated: 2-20-02

MESHBESHER & SPENCE, LTD.

Daniel J. Boivin, #135215
Attorneys for Defendant
GMI Acquisitions, Inc. d/b/a Car Truck City
1616 Park Avenue
Minneapolis, MN 55404
612-339-9121

Dated: 1-17-02

JOHNSON & VAN VLIET, L.L.P.

Karen Melling van Vliet, #178810
Attorneys for Defendant
First National Repossessors, Inc.
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
(651) 227-2534

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Plaintiff's claims asserted at Counts III and IV alleging, respectively, Violation of the Fair Debt Collection Practices Act and Breach of Peace, are hereby dismissed without prejudice, and the Clerk of this Court shall forthwith enter judgment dismissing said claims in the above-entitled action without prejudice and without costs and disbursements to any party.

LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.

Dated this 20th day of March, 2002.

BY THE COURT:

~~Honorable Raymond L. Erickson~~
~~UNITED STATES MAGISTRATE JUDGE~~
Kyle