Cv01-1662 RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **November 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: June 4, 2002.

JUN 05 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | **United States of America**<br><br>**vs CV 01-1121 RHK/SRN**<br>**Court**<br><br>**Mayo Foundation for Medical Education and Research et al** | **Roylene Champeaux**<br>**612-664-5600**<br>**Gerald Leedom**<br>**202-514-6544**<br><br>**John Windhorst, Jr.**<br>**612-340-2600** |
| 2. | **Nedina Sexe**<br><br>**vs CV 01-1187 RHK/JMM**<br>**Jury**<br><br>**Regis Corporation** | **James Roth**<br>**Cheryl Stanton**<br>**612-672-3600**<br><br>**Barbara D'Aquila**<br>**Karen Reierson**<br>**612-333-9500** |
| 3. | **Douglas L. Edge**<br><br>**vs CV 01-1296 RHK/SRN**<br><br>**City of St. Paul et al** | **Donald Arbour**<br>**612-288-0782**<br><br>**Judith Schermer**<br>**612-843-5400**<br><br>**James Jerskey**<br>**651-266-8770** |

| | | |
|---|---|---|
| 4. | **Judith Jeanette Dvorak** | **Keith Kerfeld**<br>**612-334-3399** |
| | **vs CV 01-1415 RHK/JMM**<br>**Jury** | |
| | **United States of America** | **Lonnie Bryan**<br>**612-664-5600** |
| 5. | **Janine Conroy, as the trustee for the heirs of Matthew Joseph Conroy** | **Joel Montpetit**<br>**651-450-9000** |
| | **vs CV 01-1626 RHK/RLE**<br>**DULUTH Jury** | |
| | **Lynn Dingle, individually and in her official capacity as Warden of the Minnesota Correctional Facility/Moose Lake et al** | **Jerome Getz**<br>**651-282-5700** |
| 6. | **Nicholas Malchow** | **Thomas Lyons Jr.**<br>**651-770-9707** |
| | **vs CV 01-1662 RHK/RLE**<br>**DULUTH Jury** | |
| | **GMI Acquisition Inc., dba Car/Truck City et al** | **Daniel Boivin**<br>**612-339-9121**<br>**Karen Melling van Vliet**<br>**651-227-2534** |

| | | |
|---|---|---|
| 7. | **Bruce Bendel** | **Donald Nichols**<br>**Nicholas May**<br>**612-338-1919** |
| | **vs CV 01-1663 RHK/JMM**<br>**Jury** | |
| | **Techies. Com., Inc., a Delware corporation** | **Carl Lehmann**<br>**612-343-2800** |
| 8. | **Tresa M. Halvorson** | **James Kaster**<br>**612-338-1919** |
| | **vs CV 01-1774 RHK/JMM**<br>**Jury** | |
| | **Conseco Finance Corporation,** | **Ann Huntrods**<br>**651-223-6600** |

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________
Firm/Employer ______________________
Address ______________________
______________________
Phone ______________________
E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building