**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**FOURTH DIVISION**

Nicholas Malchow,

Plaintiff,

vs.

GMI Acquisition, Inc., d/b/a
Car/Truck City and First National
Repossessors, Inc.,

Defendants.

Court File No.: 01-1662 RHK/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

All claims between Plaintiff Nicholas Malchow and Defendant First National Repossessors, Inc., having been fully, finally and completely compromised and settled between the parties,

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Nicholas Malchow against Defendant First National Repossessors, Inc., through their respective counsel, may be and hereby are dismissed with prejudice on the merits and without costs and disbursements to either party, and that either party hereto may forthwith and without notice to the other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice as to Defendant First National Repossessors, Inc. be entered accordingly.

Dated:

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, #249646
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-770-9707

FILED JUL 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 03 2002
DEPUTY CLERK

Dated: 6-26-02

JOHNSON & VAN VLIET, L.L.P.

Karen Melling van Vliet, #178810
Attorneys for Defendant
First National Repossessors, Inc.
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
(651) 227-2534

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing any and all claims against Defendant First National Repossessors, Inc. in the above-entitled action with prejudice and on the merits but without costs and disbursements to any party.

Dated this 3rd day of July, 2002.

BY THE COURT:

Judge of District Court