UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

Nicholas Malchow,

Plaintiff,

vs. ORDER

GMI Acquisition, Inc., d/b/a
Car/Truck City and First
National Repossessors, Inc.,

Defendants. Civ. No. 01-1662(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of July, 2002.

* * *

Pursuant to directives from Judge Richard H. Kyle's Chambers, the deadline in Paragraph IX in the Pretrial Order dated January 15, 2002, will be amended to reflect his instructions.

THEREFORE, It is --

ORDERED:

1. That Paragraph IX shall be amended to read as follows:

That all dispositive Motions shall be briefed, argued and **SUBMITTED** on or before **October 1, 2002.** All dispositive Motions shall be in compliance with Local Rule 7.1(b)(2). Counsel should be advised as early as possible that the dispositive Motions must be scheduled for Hearing sufficiently early so that the Hearing date is **BEFORE** the dispositive motion deadline. Counsel are forewarned that six to

20

FILED JUL 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

eight weeks advance notice is necessary to place a dispositive Motion on the calendar. Counsel are also forewarned that the dispositive Motion deadline date and the Trial date **will** **not** be changed.

2. That all other deadlines in the Pretrial Schedule dated January 15, 2002, shall remain in effect.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE