**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nicholas Malchow,

Plaintiff,

vs. CV 01-1662 RHK/RLE

GMI Acquisition Inc.
dba Car/Truck City,

Defendant.

**NOTICE OF MOTION HEARING**

Defendant's Motion for Summary Judgment is scheduled for Wednesday, September 25, 2002, at 11:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Duluth, Minnesota.

.

September 17, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed SEP 17 2002
Richard D. Sletten, Clerk

By:________________________