# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nicholas Malchow

Plaintiff

v.

GMI Acquisition, Inc.

Defendants

Case No. Civil 01-1662 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant GMI Asquisition, Inc.'s motion for judgment on the pleadings, or alternatively, for summary judgment is granted as to Count II of the amended complaint. That claim is hereby dismissed with prejudice. As to Counts I and III of the amended complaint the court hereby declines to exercise supplemental jurisdiction. Accordingly those claims are hereby dismissed without prejudice.

DATE: October 1, 2002

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk

41